**Duncan Peder McKENZIE, Jr.,**
**Petitioner-Appellant,**

v.

**Henry RISLEY, et al.**
**Respondents-Appellees.**

No. 85–4156.

United States Court of Appeals,
Ninth Circuit.

April 29, 1987.

Timothy K. Ford, Seattle, Wash., for petitioner-appellant.

Chris D. Tweenten, James M. Scheier, Asst. Attys. Gen., Helena, Mont., for respondents-appellees.

Before GOODWIN, WALLACE, SNEED, KENNEDY, ANDERSON, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON and O'SCANNLAIN, Circuit Judges.*

**ORDER**

Upon the vote of a majority of the nonrecused active judges of this court, it is ordered that this case be reheard by the en

* Chief Judge Browning is recused.

banc court pursuant to Rule 25 of the Rules of the United States Court of Appeals for the Ninth Circuit. The previous three-judge panel assignment is withdrawn.